# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-01096 |
| SHANTEL HORTON | Edward Pluss<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 641<br>Theft of Public Property | | 1/26/06 | 1 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

5/12/06
Date of Imposition of Judgment

s/Patricia A. Coan
Signature of Judicial Officer

Patricia A. Coan, U.S. Magistrate Judge
Name & Title of Judicial Officer

5/19/06
Date

DEFENDANT:  SHANTEL HORTON
CASE NUMBER:  06-mj-01096                                                                  Judgment-Page 2 of 5

## PROBATION

The defendant is hereby placed on probation for a term of 6 months. UNSUPERVISED

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

DEFENDANT:  SHANTEL HORTON
CASE NUMBER:  06-mj-01096                                                                 Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $25.00 | $200.00 |
| **TOTALS** | $25.00 | $25.00 | $200.00 |

The defendant shall make restitution to the following payees in the amounts listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Air Force Exchange Service |  | $200.00 |  |
| **TOTALS** | $0.00 | $200.00 |  |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  SHANTEL HORTON
CASE NUMBER:  06-mj-01096                                                                   Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

      Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows: **Restitution has been paid as of the date of sentencing**. All other fines and fees to be paid by the end of the 6 month unsupervised probation period.